## HENDRICKS V. CITY OF ANNISTON:

### *Violating City Ordinance.*

(Decided June 3, 1909.   49 South. 1037.)

Appeal from Anniston City Court.
Heard before Hon. Thomas W. Coleman, Jr.
No counsel marked for either party.
Per curiam.   Affirmed on certificate.

---

## KENNEDY V. THE STATE.

### *Crime.*

(Decided May 13, 1909.   49 South. 1037.)

Appeal from Montgomery City Court.
Heard before Hon. W. H. Thomas.
T. H. Seay, and W. L. Martin, for appellant.
Alexander M. Garber, Attorney-General, for the state.

Per curiam.   Appeal dismissed on motion of appellant.